UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

MAX TOUHEY,                                    25-cv-9636 (JGK)
                          Plaintiff,
                                               ORDER
            - against -

COLELLA CPA CO PC,
                          Defendant.

———————————————————————

JOHN G. KOELTL, District Judge:

    Pursuant to Rule 12(a) of the Federal Rules of Civil

Procedure, the deadline for the defendant to answer or respond to

the plaintiff's complaint was December 26, 2025. To date, no

answer has been filed.

    The time for the defendant to answer or respond to the

complaint is extended to **January 20, 2026.** Failure to respond to

the complaint by this date could result in a default judgment

being entered against the defendant.

    The plaintiff should serve a copy of this Order on the

defendant and file proof of service on the docket by **January 12,**

**2026.**


SO ORDERED.

Dated:    New York, New York
          January 6, 2026

                                        John G. Koeltl
                                  United States District Judge