UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————————————

MAX TOUHEY,                                    25-cv-9636 (JGK)
                        Plaintiff,

                                               ORDER
            - against -

COLELLA CPA CO PC,
                        Defendant.
—————————————————————————————————

JOHN G. KOELTL, District Judge:

     The time for the defendant to respond to the complaint is
extended to **February 3, 2026.** If the defendant fails to respond to
the complaint by that date, the plaintiff is directed to file a
proposed order to show cause for a default judgment in accordance
with this Court's Rules and Individual Practices by **February 17,
2026.**

     The plaintiff should serve a copy of this Order on the
defendant and file proof of service on the docket by **January 27,
2026.**

SO ORDERED.

Dated:    New York, New York
          January 21, 2026

                                   _____
                                        John G. Koeltl
                                   United States District Judge