UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MAX TOUHEY,

                Plaintiff(s)

      -against-

COLELLA CPA Co PC,

                Defendant(s).
----------------------------------------------------------------X

25 civ 9636 (JGK)

**ORDER**

The conference scheduled for Thursday, March 12, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 5, 2026