UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAX TOUHEY,

                    Plaintiff,

            - against -

COLELLA CPA CO PC,

                  Defendant.

25-cv-9636 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The original time for the defendant in this action to answer was December 26, 2025. ECF No. 12. On January 6, 2026, and again on January 21, 2026, this Court extended the time for the defendant to answer or respond to the complaint. ECF Nos. 12, 18. To date, no answer has been filed. Accordingly, the plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with the Local Rules and this Court's Individual Practices by **April 3, 2026.**

The plaintiff is directed to serve this order on the defendant by **Tuesday, March 24, 2026,** and to file proof of service on the public docket by **Thursday, March 26, 2026.**

SO ORDERED.

Dated:     New York, New York
          March 19, 2026

                                _____
                                  John G. Koeltl
                           United States District Judge