UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

MAX TOUHEY,                                    25-cv-9636 (JGK)

                        Plaintiff,

                                               ORDER
            - against -

COLELLA CPA CO PC,

                        Defendant.

———————————————————————————

JOHN G. KOELTL, District Judge:

On March 4, 2026, the Clerk of Court issued a certificate of default as to the defendant, Colella CPA Co PC, ECF No. 22. On April 14, 2026, the Court entered an order to show cause why a default judgment should not be entered against the defendant. ECF No. 40. The plaintiff served the order to show cause on the defendant on April 15, 2026. ECF No. 41. The time for the defendant to respond was April 30, 2026, ECF No. 40, but to date, the defendant has failed to respond.

Accordingly, the plaintiff is entitled to a default judgment against the defendant. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated:     New York, New York
           May 11, 2026

_____
          John G. Koeltl
     United States District Judge

2